MAX SACKHEIM and Others v. MEYER BRODY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

REBECCA EISEMAN and Others v. ANNA POLSTEIN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appeal be promptly proceeded with. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EVAN BURROWS FONTAINE v. CORNELIUS VANDERBILT WHITNEY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, in the Matter of SECOND RUSSIAN INSURANCE COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, in the Matter of SECOND RUSSIAN INSURANCE COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, in the Matter of CITY SERVICE MUTUAL CASUALTY CORPORATION.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SUBODH KUMAR DAY, as Liquidator, etc., v. JACOB LAWSON BAG COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WOLF ELIAS v. ALEXANDER COHEN.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIA PASCALE v. HANAUER & ARNSTEIN, INC.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of GEORGE PARBURY POLLEN, Deceased.— Motion to dismiss appeal denied with leave to renew if appellant do not procure a substitution of attorneys within a reasonable time and the appeal be not thereafter diligently prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY L. PARKER and Others v. AMERICAN SURETY COMPANY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY L. PARKER and Others v. AMERICAN SURETY COMPANY.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE STATE BANK v. MAID RITE CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET WADE GRINAGER v. GROSVENOR CLARKSON, Otherwise Known as